

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CARLY DEANN HALCRO, <br><br> Defendant. | CR 19-15-M-DWM <br><br> ORDER TO ISSUE WARRANT |

Based upon the United States' motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the summons directing Carly Deann Halcro to appear for arraignment on April 11, 2019, at 10:30 a.m. is QUASHED and the arraignment is VACATED.

IT IS FURTHER ORDERED that the Clerk of Court issue an arrest warrant for Carly Deann Halcro.

Dated this 2 day of April, 2019.

_____
Jeremiah C. Lynch
United States Magistrate Judge

1