IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
MAR 20 2020
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–15–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CARLY DEANN HALCRO, | |
| Defendant. | |

On March 5, 2020, Defendant Carly Deann Halcro was sentenced to a custodial imprisonment term of 12 months and one day. (Doc. 43.) She was permitted to self-report. (*Id.*) She now seeks release pending appeal, citing the current COVID-19 public health crisis. (Doc. 48.) Halcro's motion is denied.

Pursuant to 18 U.S.C. § 3143(b)(1), detention is appropriate pending appeal unless the Court finds: (A) by clear and convincing evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or community if released under conditions, and (B) the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in (i) reversal, (ii) an order for new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time

1

already served plus the expected duration of the appeal process. *See also United States v. Handy*, 761 F.2d 1279, 1283 (9th Cir. 1985).

As to the first part of the § 3143 inquiry, clear and convincing evidence supports the conclusion that Halcro is not likely to flee or pose a danger to others. She lives with her sister in Kalispell and successfully did so prior to her sentencing. As a result, Halcro was permitted to self-report.

The second part of the § 3143 inquiry is a closer question. Though it does not appear that the appeal is for the purpose of delay, Halcro fails to raise a substantial question of law or fact regarding her sentence. Counsel did, in fact, raise the COVID-19 issue at sentencing and that argument was considered by the Court. Moreover, as recognized by Halcro, the Bureau of Prisons has adopted a quarantine procedure to process new inmates.

Accordingly, IT IS ORDERED that Halcro's motion (Doc. 48) is DENIED. She is required to report as directed.

DATED this 20th day of March, 2020.

11:02 AM.

Donald W. Molloy, District Judge
United States District Court