IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19–15–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| CARLY DEANN HALCRO, | |
| Defendant. | |

The government having moved unopposed to dismiss the February 8, 2024

petition to revoke the defendant's supervised release in light of the defendant's

continued compliance with the terms of her supervision since the petition was

filed,

IT IS ORDERED that the motion (Doc. 69) is GRANTED.  The  revocation

petition (Doc. 57) is DISMISSED and the final revocation hearing set for June 5,

2024 is VACATED.

DATED this 28 day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court